**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ARTAVAZD OGANNESYAN,<br><br>          Plaintiff,<br><br>     v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>          Defendant. | Case No. CV 15-0220-JPR<br><br>**JUDGMENT** |

   For the reasons set forth in the accompanying Memorandum Opinion and Order, it is hereby ADJUDGED that (1) Plaintiff's request for an order reversing the Commissioner is DENIED; (2) the Commissioner's request for an order affirming the Commissioner's final decision and dismissing the action is GRANTED; and (3) judgment is entered in the Commissioner's favor.

DATED: May 23, 2016                         _____
                                             JEAN ROSENBLUTH
                                             U.S. Magistrate Judge